IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the use of<br>WSI, INC., T/A WASHINGTON STAIR &<br>IRON<br>3801 Curtis Avenue<br>Baltimore, Maryland 20226<br><br>   Plaintiff,<br><br>v.<br><br>MOXY MISC. METALS, LLC<br>3322 10th Place, S.E.<br>Washington, D.C. 20032<br><br>  Serve:  Randolph A. Stoddard<br>           3322 10th Place, S.E.<br>           Washington, D.C. 20032<br><br>And<br><br>FEDERAL INSURANCE COMPANY<br>15 Mountain View Road<br>Warren, New Jersey 07059<br><br>  Serve:  CT Corporation System<br>           150 West Market Street<br>           Indianapolis, Indiana 46204<br><br>   Defendants. | Case No. _____ |

## COMPLAINT

Plaintiff WSI, Inc., t/a Washington Stair & Iron ("WSI"), by and through its attorneys, John P. Lynch, Matthew G. Sawyer, and McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A., hereby sues the Defendants, and in support thereof, states the following:

## PARTIES AND JURISDICTION

1.  The Plaintiff, WSI is a Maryland corporation engaged in the business of supplying steel and iron fabrication and materials for commercial construction projects. WSI regularly conducts business in the District of Columbia and is registered and licensed to do so.

2.  The Defendant, Moxy Misc. Metals, LLC ("Moxy") is a limited liability company organized under the laws of the District of Columbia. Moxy lists its principal location as 3322 10th Place, S.E., Washington, D.C. 20032. Upon information and belief, Moxy is primarily engaged in the installation of fabricated metal components for commercial construction projects.

3.  The Defendant, Federal Insurance Company ("Chubb") is an Indiana corporation, which, upon information and belief, is not registered to conduct business in the District of Columbia. Chubb lists its principal office with Indiana's Secretary of State as 251 North Illinois, Suite 1100, Indianapolis, Indiana 46204, however, Chubb lists its address for providing notice under the payment bond at issue, as 15 Mountain View Road, Warren, New Jersey 07059.

4.  Venue is proper as all work was performed in the District of Columbia.

### Count I
### Breach of Contract as to Moxy

5.  WSI incorporates and realleges the foregoing paragraphs as though set forth fully herein, and further alleges the following:

6.  On or about October 9, 2015, WSI and Moxy entered an agreement (the "Agreement"), wherein WSI agreed to provide Materials to Moxy for its work to repair Washington Navy Yard Buildings 44, 57, and 108 (the "Project").

7.  Pursuant to the Agreement, Moxy agreed to pay WSI a total of $112,550.00. Changes in the amount of $70,040.00 reduced the amount owed WSI to $42,510.00. Copies of

for payment. A copy of the Notice is attached hereto, and incorporated herein as **Exhibit 3** (without exhibits).

16. WSI's last day of work on the Project was May 5, 2016, and it has been more than 90 days since WSI last performed work under the Agreement.

17. WSI has not been paid in full by Moxy.

18. Despite fulfilling all of the conditions for payment, Chubb has refused to remit full payment to WSI.

19. Pursuant to the Miller Act, WSI now sues on the payment security.

WHEREFORE, WSI requests that this Honorable Court

a. Enter judgment against Chubb and in favor of WSI, in the amount of $26,766.00 plus prejudgment interest, costs and reasonable attorneys' fees; and,

b. Enter such other and further relief as is necessary and proper.

## Count VII
### D.C. Code §27-131, *et seq.*, D.C.'s "Prompt Pay Act" as to Moxy

20. WSI incorporates and realleges the foregoing paragraphs as though set forth fully herein, and further alleges the following:

21. Pursuant to the Prompt Pay Act, WSI was entitled to prompt payment for the work it performed and the materials it delivered under its subcontract with Moxy.

22. Moxy has not made timely or prompt payment with regards to each contract in this matter and has failed to pay undisputed amounts to WSI in bad faith.

WHEREFORE, WSI requests that this Honorable Court:

a. Enter an award of prejudgment interest and costs on all amounts owed to WSI by Moxy as stated above; and,

b.  Enter an award of attorneys' fees against Moxy for failing to pay undisputed amounts in bad faith.

>Respectfully submitted,
>
>MCNAMEE, HOSEA, JERNIGAN, KIM, GREENAN & LYNCH, P.A.
>
>By: *[signature]*
>John P. Lynch, Bar No: 36234
>6411 Ivy Lane, Suite 200
>Greenbelt, MD 20770
>301-441-2420
>*Attorneys for Plaintiff*
>*WSI, Inc.*